# *USERY & ASSOCIATES*

Todd J. Coulter, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6119
E-Mail: tcoulter@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

January 23, 2026

**VIA ECF**
Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York

        Re:    *The Charter Oak Fire Insurance Company v. James River Ins. Co.*
              Case No. 1:25-cv-01918-PKC

Dear Judge Castel:

        I represent Plaintiff, The Charter Oak Fire Insurance Company ("Travelers") in the above-captioned matter. I write joint with counsel for Defendant, James River Insurance Company ("James River") pursuant to Rules 1(C)(vii) of Your Honor's individual practices in civil cases to request an adjournment of the initial pretrial conference scheduled for Monday January 26, 2026, for an additional 30 days, to February 25, 2026, or such other time as the Court deems appropriate.

        The parties have now reached an agreement for James River to reimburse Travelers for past defense costs. Travelers produced unredacted defense invoices to James River to resolve the issue raised in our joint letter of October 2, 2025. Travelers is producing additional billing statements to account for the period since our last letter. We are now awaiting delivery of payment to Travelers. Once payment is received, the parties will file a joint stipulation of dismissal without prejudice with the Court. The request for the adjournment stems from the need to produce additional billing since the time of our last letter to the Court. The parties, again, do not wish to take up time on the Court's calendar with a pretrial conference when an agreement has been reached. This is the fifth request for such an adjournment. The prior four requests have been granted.

        The parties thank the Court for its continued attention to this matter.

Initial conference is adjourned from January 26, 2025 to February 27, 2026 at 11:00 a.m.  Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  1/23/2026

Respectfully submitted,

/s/ Todd J. Coulter

Todd J. Coulter

P. Kevin Castel
United States District Judge

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA
SAN DIEGO, CA • WALNUT CREEK, CA • DOWNERS GROVE, IL • DALLAS, TX  HOUSTON, TX**